| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Chris Carson, Esq., SBN 280048<br>Raymond Ballister Jr., Esq., SBN 111282 |
| 3 | Phyl Grace, Esq., SBN 171771<br>Dennis Price, Esq., SBN 279082 |
| 4 | Elliott Montgomery, Esq., SBN 279451<br>Mail: PO Box 262490 |
| 5 | San Diego, CA 92196-2490<br>Delivery: 9845 Erma Road, Suite 300 |
| 6 | San Diego, CA 92131<br>(858) 375-7385; (888) 422-5191 fax |
| 7 | phylg@potterhandy.com<br>Attorneys for Plaintiff |
| 8 | |
| 9 | CHRISTINE D. BARAN (SBN: 158603)<br>cbaran@fisherphillips.com |
| 10 | COLIN P. CALVERT (SBN: 275195)<br>ccalvert@fisherphillip.com |
| 11 | FISHER & PHILLIPS LLP<br>2050 Main Street, Suite 1000 |
| 12 | Irvine, CA 92614<br>Telephone: (949) 851-2424 |
| 13 | Facsimile: (949) 851-0152<br>Attorney for Defendant |
| | PLS Check Cashers of California, Inc. |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NEHEMIAH KONG, | ) | Case No.: 2:18-CV-04168-JAK-KS |
| Plaintiff, | ) | **JOINT NOTICE OF SETTLEMENT** |
| v. | ) | |
| EDWARD GOW GEE, in individual and representative capacity as trustee of the Edward Gow Gee and Mary Wong Gee Inter-Vivos Trust dated Feb 6, 1990; MARY WONG GEE, in individual and representative capacity as trustee of the Edward Gow Gee and Mary Wong Gee Inter-Vivos Trust dated Feb 6, 1990; PLS CHECK CASHERS OF CALIFORNIA, INC., a California Corporation; and Does 1-10, | ) | |
| Defendants. | ) | |

Joint Notice of Settlement          -1-          2:18-CV-04168-JAK-KS

1  The Parties hereby jointly notify the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

All Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

Dated: September 25, 2018        CENTER FOR DISABILITY ACCESS

By:  /s/ Phyl Grace
     Phyl Grace
     Attorneys for Plaintiff

Dated: September 25, 2018        FISHER & PHILLIPS LLP

By:  /s/ Colin P. Calvert
     Christine D. Baran
     Colin P. Calvert
     Attorneys for Defendant
     PLS Check Cashers of California, Inc.

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Colin Calvert, counsel for PLS Check Cashers of California, Inc., and that I have obtained Mr. Calvert's authorization to affix his electronic signature to this document.

Dated:  September 25, 2018          CENTER FOR DISABILITY ACCESS

                                                  By:   /s/ Phyl Grace
                                                      Phyl Grace
                                                      Attorneys for Plaintiff